ACCEPTED
01-14-00054-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 2:51:38 PM
CHRISTOPHER PRINE
CLERK

APPEAL NO. 01-14-00054-CR
IN THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/7/2015 2:51:38 PM

CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| ALPHONSON MALONE | § | APPELLANT |
| | § | |
| VS. | § | |
| | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM COUNTY CRIMINAL COURT AT LAW # 8
OF HARRIS COUNTY, TEXAS
TRIAL COURT NO. 1899612

**MOTION FOR EXTENSION OF TIME TO
FILE APPELLANT'S MOTION FOR A REHEARING**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

NOW COMES, ALPHONSON MALONE, Appellant in the above styled and numbered cause, by and through his attorney of record, GARY TABAKMAN, files this Motion for Extension of Time to File Appellant's Motion for a Rehearing of 30 Days in the above entitled and numbered cause. In support of this Motion, Appellant will show as follows:

I.

The Court of Appeals for the First District of Texas rendered Opinion in this

1

cause on April 23, 2015. Per Tex. R. App. P. 49.1, Appellant may file a motion for rehearing within fifteen days of the court's judgment or order.

II.

In the past 20 days, counsel for Appellant has not had the time to prepare a Motion for Rehearing due to the following reasons:

1. Counsel for Appellant was preparing and had a hearing on a Motion For New Trial in the 174th District Court in the *State of Texas vs. Miguel Gomez; Harris County Cause No. 1358720.*

2. Counsel for Appellant was preparing for trial set on May 4, 2015 in the *State of Texas vs. Gary Kincannon; Montgomery County Cause No.14-296632.*

3. Counsel for Appellant had multiple day long court settings requiring travel.

   a. *State of Texas vs. Kristine Noffsinger; Williamson County, Cause No. 13-0793-K277.*

   b. *State of Texas vs. Jarrett Justice; Leon County, Cause No. CM 13-483.*

III.

Due to the above information, Counsel has not had adequate time to review

the Opinion and prepare a Motion for Rehearing.

IV.

Appellant is requesting a twenty (30) day extension to file a Motion for Rehearing.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant Malone prays that the deadline for filing of Appellant's Motion for Rehearing be extended for thirty (30) days.

Respectfully submitted,

BY: GARY TABAKMAN
Attorney for Appellant
712 Main St. Ste 2400
Houston, TX 77002
(713) 228-8500
(713) 228-0034 (Fax)
State Bar No. 24076065
Gary@BSDLawfirm.com

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 541 words.

GARY TABAKMAN

## CERTIFICATE   OF   SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Motion for Rehearing was served via e-mail delivery through eFile.TXCourts.gov to the Assistant District Attorney, Harris County District Attorney's Office, on May 7, 2015.

GARY TABAKMAN

| | | |
|---|---|---|
| ALPHONSON MALONE,<br>　　　　Appellant | §<br>§<br>§ | IN THE COURT OF APPEALS |
| VS. | §<br>§ | IN HOUSTON, TEXAS |
| THE STATE OF TEXAS,<br>　　　　Appellee | §<br>§ | 1st JUDICIAL DISTRICT |

## **ORDER**

On this the _____ day of _____, 2015, came on to be heard the Appellant's Motion for Extension of Time to File Motion for Rehearing and the Court is of the opinion that this Motion should be:

GRANTED, and the deadline for filing the Appellant's brief in No. 01-14-00054-CR is extended to _____ _____, 2015.

DENIED, to which action of the Court the Appellant objects.

SIGNED this the _____ day of _____, 2015.

_____
JUSTICE PRESIDING